Form DFT

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re:<br>Telogy<br>Debtor(s) | Case No.: 05−49371 Chapter: 11 |
| Telogy<br>Plaintiff(s) | Adversary Proceeding No. 05−04490 |
| vs. | |
| Alvin Breslow et al.<br>Defendant(s) | |

## ENTRY OF DEFAULT BY CLERK AND NOTICE THEREON

It appearing from the records in the above−entitled action that a Summons has been served upon the defendant(s) named above, and it further appearing from the affidavit of counsel for plaintiff(s), and other evidence as required by the F.R.C.P. Rule 55(a) that the defendant(s) named below have failed to plead or otherwise defend in said action as directed in said Summons and Notice of Status conference and as provided in the Federal Rules of Civil Procedure: Now, therefore, on the request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

Ron Van Horssen

Dated: 2/7/06              For the Court:

                           Gloria L. Franklin
                           Clerk of Court
                           United States Bankruptcy Court


                           Ruby Bautista
                           Deputy Clerk