Form DFT

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re:<br>Telogy<br>Debtor(s) | Case No.: 05−49371 Chapter: 11 |
| Telogy<br>Plaintiff(s) | Adversary Proceeding No. 05−04490 |
| vs. | |
| Alvin Breslow et al.<br>Defendant(s) | |

## ENTRY OF DEFAULT BY CLERK AND NOTICE THEREON

It appearing from the records in the above−entitled action that a Summons has been served upon the defendant(s) named above, and it further appearing from the affidavit of counsel for plaintiff(s), and other evidence as required by the F.R.C.P. Rule 55(a) that the defendant(s) named below have failed to plead or otherwise defend in said action as directed in said Summons and Notice of Status conference and as provided in the Federal Rules of Civil Procedure: Now, therefore, on the request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

Ron Van Horssen

Dated: 2/7/06

For the Court:

Gloria L. Franklin
Clerk of Court
United States Bankruptcy Court

Ruby Bautista
Deputy Clerk

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0971-4          User: rbautista          Page 1 of 1           Date Rcvd: Feb 07, 2006
Case: 05-04490                Form ID: pdfeoapc        Total Served: 1
```

The following entities were served by first class mail on Feb 09, 2006.
dft          +Ron Van Horssen,    The Van Horssen Group,    15220 North 78th Way,    Scottsdale, AZ 85260-2596

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 09, 2006                          Signature:  _Joseph Speetjens_